ELLEN F. ROSENBLUM
Attorney General
VANESSA A. NORDYKE  #084339
Senior Assistant Attorney General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  vanessa.a.nordyke@doj.state.or.us
        jill.conbere@doj.state.or.us

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JIMMIE SANDERS-GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK MCDONOUGH,<br><br>　　　　Defendant. | Case No.  2:22-CV-00426-SI<br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL |

**GENERAL JUDGMENT**

　　Based upon stipulation of the parties that this case has been fully resolved and Plaintiff has agreed to voluntarily dismiss her lawsuit with prejudice, the parties agree that each party shall pay its own costs, fees, and attorney fees, and the parties stipulate that a General Judgment of Dismissal with Prejudice may be entered as to all parties and all claims,

NOW, THEREFORE, IT IS HEREBY ADJUDGED that the above-entitled case be dismissed with prejudice as to all parties and all claims, and no further costs awarded to any party.

Page 1 -    STIPULATED GENERAL JUDGMENT OF DISMISSAL
　　　　VAN/km7/Sanders-Garcia 0426 PLD Stipulated GJOD

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

 

                                                   HONORABLE MICHAEL H. SIMON
                                                   United States District Judge

Submitted by:  Jill Conbere
                  Assistant Attorney General
                  Of Attorneys for Defendants

**IT IS SO STIPULATED:**

_s/ Eryn Hoerster_                         DATED this __21st__ day of December, 2022.
**ERYN K. HOERSTER**, OSB #106126
Attorney for Plaintiff

_s/ Jill Conbere_                            DATED this __21st__ day of December, 2022.
**JILL CONBERE**, OSB #193430
Assistant Attorney General

Page 2 -   STIPULATED GENERAL JUDGMENT OF DISMISSAL
       VAN/km7/Sanders-Garcia 0426 PLD Stipulated GJOD

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791